FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 FEB 22 PM 4:06

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

QUINNA S. HATCH,

    Plaintiff,

v.                                            CASE NO. 3:12-cv-9-J-20JBT

RENAISSANCE CHARTER SCHOOL
INC. also known as Duval at Arlington,
*et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 6), addressing Plaintiff's Affidavit of Indigency, construed as a Motion to Proceed In Forma Pauperis (Dkt. 2).

The Magistrate Judge recommended Plaintiff's motion be denied and that Plaintiff be allowed to pay the filing fee within sixty to ninety days of this Court's Order on the Report and Recommendation. Specifically, the Magistrate Judge concluded that Plaintiff does not meet the financial criteria to proceed in forma pauperis. No objections were filed to the Report and Recommendation.[1] After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 6) is adopted; and

---

[1] Plaintiff was advised that a party may file objections to the Report and Recommendation within 14 days after being served with a copy. No objections were filed.

2. Plaintiff's Affidavit of Indigency, construed as a Motion to Proceed In Forma Pauperis (Dkt. 2) is **DENIED**;

3. Plaintiff is given sixty (60) days from the entry of this Order to pay the filing fee if she wants to proceed with this action; and

4. Failure by Plaintiff to pay the filing fee will result in the immediate dismissal of this action.

**DONE AND ORDERED** at Jacksonville, Florida, this 22 day of February, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Joel B. Toomey
Quinna S. Hatch, *pro se*